**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-2077**

———————

JACKIE R. PARKER,

                                    Plaintiff - Appellant,

        versus

T. D. BLANTON, Lifting and Handling Director,
Code 700, Norfolk Naval Shipyard; J. L.
ANDERSON, Security Services Branch, Code
1121.3, Security Office, Norfolk Naval
Shipyard; V. BARNES, Director, Department of
Navy, Central Adjudication Facility; MATHEW
MALONE, Department of Defense, Defense Legal
Services Agency, Defense Office of Hearings
and Appeals,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District
Judge.  (CA-03-133-2)

———————

Submitted:  November 5, 2003        Decided:  November 14, 2003

———————

Before WILKINSON, WILLIAMS, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jackie R. Parker, Appellant Pro Se.  Lawrence Richard Leonard,
Assistant United States Attorney, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jackie R. Parker appeals the district court's order granting the Government's motion for summary judgment in his civil action concerning revocation of his security clearance. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Parker v. Blanton, No. CA-03-133-2 (E.D. Va. June 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED